```
HEIDI JOANNA PLAISANCE            SAMANTHA BOURGEOIS
497 WAYNESBORO SHUBUTA RD         100 TWIN OAKS APT 222
SHUBUTA, MS 39360                 HATTIESBURG, MS 39402



THOMAS C. ROLLINS, JR.            SOUTHERN FINANCIAL SYS
THE ROLLINS LAW FIRM, PLLC        P.O. BOX 15203
P.O. BOX 13767                    HATTIESBURG, MS 39404
JACKSON, MS 39236



CITIBANK                          SOUTHERN PINE ELECTRIC
PO BOX 790040                     13491 HWY 28
ST LOUIS, MO 63179                TAYLORSVILLE, MS 39168



DEAN MORRIS, LLC                  UPSTART
855 S PEAR ORCHARD RD             ATTN: BANKRUPTCY
STE 404                           PO BOX 1503
BLDG 400                          SAN CARLOS, CA 94070
RIDGELAND, MS 39157

FAMILY PRACTICE
P.O. BOX 14099
BELFAST, ME 04915



MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808



NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119



PENNYMAC LOAN SERVICES
PO BOX 514387
LOS ANGELES, CA 90051



PNC FINANCIAL SERVICES
ATTN: BANKRUPTCY
300 FIFTH AVE
PITTSBURGH, PA 15222
```